IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR402 |
| ) | **AMENDED** |
| MARCUS ESCAMILLA, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **February 9, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress [11] filed by the defendant.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 5th day of January, 2006.

                        BY THE COURT:


                        s/ F.A. Gossett
                        United States Magistrate Judge