IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MARCUS ESCAMILLA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 20th day of March, 2006, on the Motion of the Defendant for an order to seal document. (Filing No. [23]).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal Document shall be filed under seal.

DATED: March 20, 2006

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge