IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCUS ESCAMILLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 55). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Offender Under Supervision (Filing No. 40), without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion for Dismissal (Filing No. 55) is granted and the Petition for Offender Under Supervision (Filing No. 40) is dismissed.

DATED this 14th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge