IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARCUS ESCAMILLA

Defendant.

8:05CR402

ORDER

The government has filed a Motion to Dismiss [Filing No. 61] and an amended Motion to Dismiss [Filing No. 62] regarding the Petition for Offender Under Supervision [Filing No. 58]. For that reason, the Motion to Dismiss [Filing No. 61] is denied as moot and the amended Motion to Dismiss [Filing No. 62] is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 58], filed herein, is dismissed, without prejudice.

Dated this 31st day of January 2019.

BY THE COURT:

Laurie Smith Camp
Senior United States District Judge